207 F.3d 344 (6th Cir. 2000)
 United States of America, Plaintiff-Appellee,
v.
Allie Richard Buchanan IV (98-1353), Troy Swindle (98-1780), Albert Derring (98-1391), Derrick C. Flowers (98-1594), Charles Washpun (98-1590), Rodney D. Atkinson (98-1538), Otis
 Murray III (98-1537), Eurtis Jones (98-1535), George Kellum (98-1534), and Darryl Ford (98-1533), Defendants-Appellants.
 Nos. 98-1353, 98-1391, 98-1533, 98-1534, 98-1535, 98-1537, 98-1538, 98-1590, 98-1594, 98-1780
 UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
 Argued and Submitted: October 25, 1999
Decided and Filed: February 17, 2000
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE CORRECTED OPINION AT 213 F.3d 302.